Opinion issued April 24, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-01034-CV






BEATRICE MOLHO D/B/A DYNAMIC HEALTH CARE CLINIC,
Appellant


V.


JOSEF ALLON D/B/A AVSCO, Appellee






On Appeal from the 295th District Court

Harris County, Texas

Trial Court Cause No. 2004-43819






MEMORANDUM OPINION Appellant Beatrice Molho d/b/a Dynamic Health Care Clinic has failed to
timely file a brief. See Tex. R. App. P. 38.8(a) (failure of appellant to file brief). 
After being notified that this appeal was subject to dismissal, appellant did not
adequately respond. See Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of
case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.